IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TIM HAMON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 14-CV-00161-JHP |
| ) | |
| FARMERS INSURANCE COMPANY, INC., ) | |
| J.D. POWERS AND ASSOCIATES and ) | |
| MITCHELL INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF HAMON'S OPPOSITION TO
DEFENDANT MITCHELL INTERNATIONAL, INC.'S
MOTION TO DISMISS THE THIRD AMENDED COMPLAINT**

**COMES** NOW the Plaintiff, Tim Hamon ("Hamon" or "Plaintiff"), and respectfully files this Opposition to Mitchell International, Inc.'s ("Mitchell") Motion to Dismiss the Third Amended Complaint.

In the Third Amended Complaint, Hamon substituted J. D. Powers and Associates for McGraw Hill Financial, Inc. In all other respects, the Third Amended Complaint is the same as the Second Amended Complaint.

Mitchell previously filed a Motion to Dismiss the Second Amended Complaint (Docket 28). Hamon filed an Opposition to the Motion to Dismiss (Docket 36). Mitchell filed its Reply (Docket 38).

The pending Mitchell Motion regarding the Third Amended Complaint is substantively identical to Mitchell's previously filed Motion to Dismiss the Second Amended Complaint. As stated, this motion has been fully briefed as noted above. Accordingly, Plaintiff Hamon respectfully restates and incorporates herein his Opposition to Mitchell's 's Second Motion to

Dismiss as his opposition to the substantively identical pending motion of Mitchell to dismiss the Third Party Complaint.

Respectfully submitted,

/s/ Jonathan H. Waller
MARK H. COLBERT, OBA #10045
Colbert Law Offices
200 Stanley Street S.W.
P.O. Box 2169
Ardmore, Oklahoma 73402
colbertlawoffices@yahoo.com
(580) 226-1911
(580) 226-1907 Facsimile

AND

JONATHAN WALLER, ASB 0725-L53J
WALLER LAW FIRM
2001 Park Place, Suite 900
Birmingham, AL 35203
JWaller@Wal-Law.com
(205) 313-7330
(205) 313-7331 Direct

**CERTIFICATE OF SERVICE**

  I hereby certify that on September 11, 2014, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

 Ashley M. Bibb – abibb@trsvlaw.com
 Neil D. Van Dalsem – nvandalsem@trsvlaw.com
 Robert H. Taylor – rtaylor@trsvlaw.com
 Kenneth T. Short – kshort@dsda.com
 Michael S. Linscott - mlinscott@dsda.com

            /s/ Jonathan H. Waller
            Of Counsel