## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF OKLAHOMA

TIM HAMON,

        Plaintiff,

v.

FARMERS INSURANCE COMPANY,
INC.; J.D. POWER AND ASSOCIATES;
and MITCHELL INTERNATIONAL,
INC.,

        Defendants.

Case No. 14-CV-00161-FHS

## STIPULATION OF DISMISSAL, WITH PREJUDICE,
## ONLY AS TO DEFENDANTS J.D. POWER AND ASSOCIATES,
## <u>AND MITCHELL INTERNATIONAL, INC.</u>

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendants hereby stipulate to the dismissal, with prejudice, of <u>Defendant J.D. Power and Associates ("Power") and Defendant Mitchell International, Inc. ("Mitchell")</u>, from this lawsuit, including all claims and causes of action alleged by Plaintiff in the Third Amended Complaint.

Plaintiff does not dismiss Defendant Farmers Insurance Company, Inc, and this Stipulation of Dismissal shall not prejudice or affect any of Plaintiff's claims against Defendant Farmers Insurance Company, Inc. in any way.

Plaintiff, Power and Mitchell shall bear their own attorneys' fees and costs.

        Respectfully submitted,

{S306913;}

**Attorneys for Plaintiff**
**Tim Hamon:**

/s/ Mark H. Colbert
Mark H. Colbert, OBA #10045
Colbert Law Offices
P.O. BOX 2169
200 Stanley Street S.W.
Ardmore, Oklahoma 73402
(580) 226-1911 | (580) 226-1907 (fax)
colbertlawoffice@yahoo.com

Jonathan H. Waller, ASB 0725-L53J
Waller Law Office, PC
2001 Park Place, Suite 900
Birmingham, Alabama 35203
(205) 313-7330 | (205) 313-7331 (fax)
jwaller@waller-law.com

**Attorneys for Defendant**
**J.D. Power and Associates:**

/s/ Gregory T. Metcalfe
(*Signed by Filing Attorney with permission*
*of J.D. Power and Associates' Attorney*)
Sidney G. Dunagan, OBA # 2524
Gregory T. Metcalfe, OBA # 19526
Paula M. Williams, OBA # 30772
**GABLEGOTWALS**
One Leadership Square, Suite 1500
211 North Robinson
Oklahoma City, OK 73102-7101
(405) 235-5500 | (405) 235-2875 (fax)
SDunagan@gablelaw.com
GMetcalfe@gablelaw.com
PWilliams@gablelaw.com

**Attorneys for Defendant**
**Farmers Insurance Company, Inc.:**

/s/ Robert H. Taylor
(*Signed by Filing Attorney with permission*
*of Farmers Insurance Co., Inc.'s Attorney*)
Robert H. Taylor, OBA No. 8879
Ashley M. Bibb, OBA No. 17465
Neil D. Van Dalsem, OBA No. 16326
1437 South Boulder, Ste. 1080
Tulsa, OK 74119
(918) 749-5566 | (918) 749-9531 (fax)
rtaylor@trsvlaw.com
abibb@trsvlaw.com
nvandalsem@trsvlaw.com

**Attorneys for Defendant**
**Mitchell International, Inc.:**

/s/ Michael S. Linscott
(*Signed by Filing Attorney with permission of Mitchell International Inc.'s Attorney*)
Michael S. Linscott, OBA No. 17266
Michael J. English, OBA No. 21502
Doerner Saunders
Two West Second St., Ste. 700
Tulsa, OK 74103-3117
(918) 582-1211 | (918) 591-5360 (fax)
mlinscott@dsda.com
menglish@dsda.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 28, 2015, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Based on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECF registrants:

- Mark H. Colbert: colbertlawoffice@yahoo.com

- Jonathan H. Waller: jwaller@waller-law.com

- Robert H. Taylor: rtaylor@trsvlaw.com

- Neil D. Van Dalsem: nvandalsem@trsvlaw.com

- Ashley M. Bibb: abibb@trsvlaw.com

- Sidney G. Dunagan: sdunagan@gablelaw.com

- Gregory T. Metcalfe: gmetcalfe@gablelaw.com

- Paula M. Williams: pwilliams@gablelaw.com

- Michael S. Linscott: mlinscott@dsda.com

- Michael English: menglish@dsda.com

/s/ Jonathan H. Waller
Of Counsel