IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

TIM HAMON,

    Plaintiff,

vs.

FARMERS INSURANCE COMPANY, INC., J.D. POWER AND ASSOCIATES And MITCHELL INTERNATIONAL, INC.,

    Defendants.

Case No. 14-CV-00161-FHS

# EXHIBIT 1

## The Hamon Report



# mitchell
# Vehicle Valuation Report

Prepared for:
(800) 435-7764

## Summary

### Claim Information

| | |
|---|---|
| Claim Number: | 8003241463-1-7 |
| Policy Number: | 0192342412 |
| Insured: | TIMOTHY HAMMON |

| | |
|---|---|
| Version #: | 2 |
| Coverage Type of Loss: | Collision |
| Loss Date: | 11/27/2013 |
| Reported Date: | |
| Valuation Report Date: | 01/13/2014 16:01:11 |
| Valuation Report ID: | 5889281 |

### Vehicle Information

Loss Vehicle: 2004 CHEVROLET SILVERADO 2500 LS HD TBO EXT CAB PKP 6.6L 8 Cyl Diesel A 4WD
VIN: 1GCHK29124E158238
Mileage: 160,564 miles
Title History: No

Location: OK 73401
Exterior Color:
License Plate: 310 HBZ, Oklahoma, Exp. 03/2014

### Valuation Summary

| | |
|---|---|
| Base Value: | $11,849.45 |

**Loss Vehicle Adjustments**

| | |
|---|---|
| Condition Adjustment: | -$2,496.59 |
| Prior Damage Adjustment: | -$75.00 |
| After Market Parts Adjustment: | $455.00 |
| Refurbishment Adjustment: | $0.00 |
| Title History Adjustment: | $0.00 |
| Market Value: | $9,732.86 |

**Settlement Adjustments**

| | |
|---|---|
| Deductible: | -$1,000.00 |
| Settlement Value: | $8,732.86 |

**Title History Comments:**

## Loss Vehicle Detail

Loss vehicle: 2004 CHEVROLET SILVERADO 2500 LS HD TBO EXT CAB PKP 6.6L 8 Cyl Diesel A 4WD

### Standard Equipment

#### Exterior

| | |
|---|---|
| 2 Front Tow Hooks | 9200 Lbs. Gross Vehicle Weight Rating |
| Automatic Headlights With Dusk Sensor | Chrome Steel Wheels, 16-In. X 6.5-In. |
| Daytime Running Lights | Dual Pickup Truck Access Panels |
| Dual Pickup Truck Cargo Box Lights | Fold-Down Tailgate |
| Front Chrome Bumper | Gray Front Air Dam |
| Halogen Headlights | Rear Chrome Step Up Bumper |
| Removable Tailgate | Wheel Flares |

#### Interior

| | |
|---|---|
| AM/FM Radio With Seek/Scan, Speed Sensitive Volume, and 6 Speakers Total; CD Player | Compass |
| Cruise Control | Dual Black Power Adjustable Heated Folding Exterior Rearview Mirrors |
| Dual Cloth Sunvisors | Electrochromic Interior Rearview Mirror |
| Front 40/20/40 Upgraded Reclining Split Folding Bench Seat With Manually Adjustable Outboard Headrests and Center Fold-Down Armrest | Front, Side and Rear Solar-Ray(R) Tinted Glass |
| Interior Air Filter | Leather Steering Wheel |
| Manual Air Conditioning | Passenger Vanity Mirror |
| Power Windows With Driver and Front Passenger One-Touch Down | Pre-Programmed Equalizer |
| Radio Antenna | Radio Data System |
| Rear Bench Seat With Folding Seatback and Manual Headrests | Rear Seat HVAC Ducts |
| Rear Window Defroster | Separate Driver and Front Passenger Climate Controls |
| Side Vent Windows | Upgraded Cloth Seats |
| Variable Intermittent Windshield Wipers | |

#### Mechanical

| | |
|---|---|
| 2-Speed Transfer Case | 4-Wheel Anti-Lock Brakes |
| Hydro-Boost(TM) Front Power 325-mm X 38.1-mm Disc Brakes and Rear Power 330-mm X 27.9-mm Disc Brakes | Part-Time 4WD |
| Power Recirculating Ball Steering | Self-Locking Hubs |
| Tilt Steering Column | |

#### Safety

| | |
|---|---|
| Automatic Locking Retractor On Passenger 3-Point Seatbelt | Driver Airbag |
| Front Dual 3-Point Seatbelts and Center Lap Belt | Keyless Entry Operated Via Key Fob |
| LATCH | Multi-Function Remote Operates Door Lock/Unlock, Panic Button, Illuminated Entry and Anti-Theft |
| Panic Button Sounds Horn and Flashes Lights | Passenger Airbag |
| Passenger Airbag Cutoff Switch | PassLock(R) II Vehicle Anti-Theft Via Engine Immobilizer |
| Programmable Power Door Locks | Side Guard Door Beams |
| Vehicle Anti-Lockout | Vehicle Anti-Theft Via Alarm |

### Optional Equipment

| | |
|---|---|
| Front Dual Reclining Bucket Seats | Front Power Driver Seat Adjusts 6 Ways Total |
| Skid Plate Package | |

*DIO/PIO= Dealer/Port Installed Option

## Loss Vehicle Base Value

Loss vehicle: 2004 CHEVROLET SILVERADO 2500 LS HD TBO EXT CAB PKP 6.6L 8 Cyl Diesel A 4WD

### Comparable Vehicle Information

Search Radius used for this valuation: 75 miles from loss vehicle zip/postal code.
Typical Mileage for this vehicle: 118,000 miles

| # | Vehicle Description | Mileage | Location | Distance From Loss Vehicle | Price | Adjusted Value |
|---|---|---|---|---|---|---|
| 1 | 2004 CHEVROLET SILVERADO 2500 LS CREW CAB PKP 8 6NORMAL GAS A 4WD | 151,666 | 76240 | 38 miles | $11,991.00 List Price | $12,795.41 |
| 2 | 2004 CHEVROLET SILVERADO 2500 LS CREW CAB PKP 8 6NORMAL GAS A 4WD | 136,237 | 76266 | 61 miles | $11,998.00 List Price | $12,163.91 |
| 3 | 2004 CHEVROLET SILVERADO 2500 LT HD CREW CAB PKP 8 6NORMAL GAS A 2WD | 69,018 | 76259 | 73 miles | $16,000.00 List Price | $12,145.12 |
| 4 | 2004 CHEVROLET SILVERADO 2500 LS HD REG CAB PKP 8 6NORMAL GAS A 2WD | 85,225 | 76259 | 73 miles | $10,500.00 List Price | $10,867.18 |
| 5 | 2004 CHEVROLET SILVERADO 2500 LT CREW CAB PKP 8 6NORMAL GAS A 4WD | 161,672 | 75418 | 74 miles | $10,999.00 List Price | $10,844.44 |
| 6 | 2004 CHEVROLET SILVERADO 2500 LT HD TBO CREW CAB PKP 8 6.6TURBO DIESEL A 4WD | 240,620 | 75418 | 74 miles | $12,999.00 List Price | $12,280.63 |
| | | | | | Base Value: | $11,849.45 |

## Loss Vehicle Adjustments

Loss vehicle: 2004 CHEVROLET SILVERADO 2500 LS HD TBO EXT CAB PKP 6.6L 8 Cyl Diesel A 4WD

### Condition Adjustments

| Condition Adjustment: | -$2,496.59 | Overall Condition: 2.26-Fair | Typical Vehicle Condition: 3.00 |
|---|---|---|---|

| Category | Condition | Comments |
|---|---|---|
| Interior | | |
| CARPET | 2 Fair | |
| DASH/CONSOLE | 2 Fair | |
| HEADLINER | 2 Fair | |
| SEATS | 2 Fair | |
| GLASS | 3 Good | |
| DOORS/INTERIOR PANELS | 2 Fair | |
| Exterior | | |
| VINYL/CONVERTIBLE TOP | Typical | |
| PAINT | 1 Poor | |
| TRIM | 2 Fair | |
| BODY | 2 Fair | |
| Mechanical | | |
| TRANSMISSION | 3 Good | |
| ENGINE | 3 Good | |
| Tire | 2 Fair | 5/32 |

Typical condition reflects a vehicle that is in ready-for-sale condition and reflects normal wear and tear for that vehicle type / age.

Comments:

### Prior Damage Adjustments

| Description | Adjustment Amount |
|---|---|
| LEFT REAR DOOR | -$75.00 |

### After Market Parts and OEM Equipment Adjustments

| Category | Description | Adjustment Type | Purchase Date | Amount Paid | Adjustment Amount |
|---|---|---|---|---|---|
| EXTERIOR | AFTERMARKET WHEELS | INSTANT QUOTE | | | $110.00 |
| EXTERIOR | BED LINER (SPRAY-IN) | INSTANT QUOTE | | | $115.00 |
| EXTERIOR | BUG GUARD | INSTANT QUOTE | | | $0.00 |
| INTERIOR | DVD PLAYER (IN-DASH W/ SCREEN) | INSTANT QUOTE | | | $155.00 |
| EXTERIOR | RUNNING BOARDS (STAINLESS/CHROME/TUBE) | INSTANT QUOTE | | | $75.00 |
| EXTERIOR | WIND DEFLECTOR (WINDOWS/SUNROOF) | INSTANT QUOTE | | | $0.00 |

## Comparable Vehicles

Loss vehicle: 2004 CHEVROLET SILVERADO 2500 LS HD TBO EXT CAB PKP 6.6L 8 Cyl Diesel A 4WD

### Comparable Vehicles

## 1. 2004 CHEVROLET SILVERADO 2500 LS CREW CAB PKP 8 6 NORMAL GAS A4WD — List Price: $11,991.00

| Field | Value | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 1GCGK23U74F104832 | Projected Sold Adjustment | | | -$938.00 |
| Stock No: | P1466X | Vehicle Configuration Adjustment | | | $1,694.33 |
| Listing Date: | 12/05/2013 | Mileage | 160,564 | 151,666 | -$349.20 |
| ZIP/Postal Code: | 76240 | Equipment | | | |
| Distance from Loss Vehicle: | 38 miles | Front Dual Reclining Bucket Seats | Yes | No | $286.84 |
| Source: | FRANCHISE DEALER WEB LISTING - AUTOTRADER.COM | Front Power Driver Seat Adjusts 6 Ways Total | Yes | No | $79.12 |
| | LUTTRULL - MCNATT GAINESVILLE | Skid Plate Package | Yes | No | $31.32 |
| | 1608 W HIGHWAY 82 | | | | |
| | GAINESVILLE TX 76240 | | | Total Adjustments: | $804.41 |
| | 214-679-7126 | | | Adjusted Price: | $12,795.41 |

## 2. 2004 CHEVROLET SILVERADO 2500 LS CREW CAB PKP 8 6 NORMAL GAS A4WD — List Price: $11,998.00

| Field | Value | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 1GCGK23U94F121325 | Projected Sold Adjustment | | | -$938.00 |
| Stock No: | 619 | Vehicle Configuration Adjustment | | | $1,695.41 |
| Listing Date: | 12/02/2013 | Mileage | 160,564 | 136,237 | -$989.03 |
| ZIP/Postal Code: | 76266 | Equipment | | | |
| Distance from Loss Vehicle: | 61 miles | Front Dual Reclining Bucket Seats | Yes | No | $287.02 |
| Source: | FRANCHISE WEB LISTING - CARS.COM | Front Power Driver Seat Adjusts 6 Ways Total | Yes | No | $79.17 |
| | CURTIS MOTOR COMPANY | Skid Plate Package | Yes | No | $31.34 |
| | 103 S STEMMONS ST | | | | |
| | SANGER TX 76266 | | | Total Adjustments: | $165.91 |
| | 940-458-5413 | | | Adjusted Price: | $12,163.91 |

| 3 | 2004 CHEVROLET SILVERADO 2500 LT HD CREW CAB PKP 8 6 NORMAL GAS A2WD | | | List Price: $16,000.00 |
|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 1GCHC23U44F174970 | | | | |
| Stock No: | | Projected Sold Adjustment | | | -$1,251.00 |
| Listing Date: | 12/09/2013 | Vehicle Configuration Adjustment | | | $1,474.86 |
| ZIP/Postal Code: | 76259 | Mileage | 160,564 | 69,018 | -$4,486.16 |
| Distance from Loss Vehicle: | 73 miles | Equipment | | | |
| Source: | PRIVATE WEB LISTING - AUTOTRADER.COM | Front Dual Reclining Bucket Seats | Yes | No | $365.07 |
| | | Front Power Driver Seat Adjusts 6 Ways Total | Yes | Standard | $100.70 |
| | | Skid Plate Package | Yes | No | $39.86 |
| | | (DIO) Bed Liner | No | Yes | -$98.19 |

Total Adjustments: -$3,854.86
Adjusted Price: $12,145.12

**Comparable Vehicle Option Details:**
(DIO) Bed Liner

| 4 | 2004 CHEVROLET SILVERADO 2500 LS HD REG CAB PKP 8 6 NORMAL GAS A2WD | | | List Price: $10,500.00 |
|---|---|---|---|---|

| | | Adjustments | Loss Vehicle | This Vehicle | Amount |
|---|---|---|---|---|---|
| VIN: | 1GCHC24U74E359468 | | | | |
| Stock No: | | Projected Sold Adjustment | | | -$821.00 |
| Listing Date: | 12/21/2013 | Vehicle Configuration Adjustment | | | $4,050.52 |
| ZIP/Postal Code: | 76259 | Mileage | 160,564 | 85,225 | -$3,290.23 |
| Distance from Loss Vehicle: | 73 miles | Equipment | | | |
| Source: | PRIVATE WEB LISTING - CARS.COM | Front Dual Reclining Bucket Seats | Yes | No | $308.94 |
| | | Front Power Driver Seat Adjusts 6 Ways Total | Yes | No | $85.22 |
| | | Skid Plate Package | Yes | No | $33.73 |

Total Adjustments: $367.18
Adjusted Price: $10,867.18

| 5 | 2004 CHEVROLET SILVERADO 2500 LT CREW CAB PKP 8 6 NORMAL GAS A4WD | | | | List Price: $10,999.00 |
|---|---|---|---|---|---|
| VIN: | 1GCGK23U14F181437 | Adjustments | Loss Vehicle | This Vehicle | Amount |
| Stock No: | 131056CC | Projected Sold Adjustment | | | -$860.00 |
| Listing Date: | 12/10/2013 | Vehicle Configuration Adjustment | | | $352.03 |
| ZIP/Postal Code: | 75418 | Mileage | 160,564 | 161,672 | $26.44 |
| Distance from Loss Vehicle: | 74 miles | Equipment | | | |
| Source: | FRANCHISE DEALER WEB LISTING - AUTOTRADER.COM | Front Dual Reclining Bucket Seats | Yes | No | $236.07 |
| | BONHAM CHRYSLER | Front Power Driver Seat Adjusts 6 Ways Total | Yes | Standard | $65.12 |
| | 1522 W SAM RAYBURN DR | Skid Plate Package | Yes | No | $25.78 |
| | BONHAM TX 75418 | | | Total Adjustments: | -$154.56 |
| | 888-524-9363 | | | Adjusted Price: | $10,844.44 |

| 6 | 2004 CHEVROLET SILVERADO 2500 LT HD TBO CREW CAB PKP 8 6.6 TURBO DIESEL A4WD | | | | List Price: $12,999.00 |
|---|---|---|---|---|---|
| VIN: | 1GCHK23284F216106 | Adjustments | Loss Vehicle | This Vehicle | Amount |
| Stock No: | 121628B | Projected Sold Adjustment | | | -$983.00 |
| Listing Date: | 08/30/2013 | Vehicle Configuration Adjustment | | | -$1,598.39 |
| ZIP/Postal Code: | 75418 | Mileage | 160,564 | 240,620 | $1,538.34 |
| Distance from Loss Vehicle: | 74 miles | Equipment | | | |
| Source: | FRANCHISE DEALER WEB LISTING - AUTOTRADER.COM | Front Dual Reclining Bucket Seats | Yes | No | $234.42 |
| | BONHAM CHRYSLER | Front Power Driver Seat Adjusts 6 Ways Total | Yes | Standard | $64.66 |
| | 1522 WEST SAM RAYBURN DRIVE | Skid Plate Package | Yes | No | $25.60 |
| | BONHAM TX 75418 | | | Total Adjustments: | -$718.37 |
| | 888-524-9363 | | | Adjusted Price: | $12,280.63 |

## Sub-Model Comparison

| Sub-Model Description | Configuration | Original MSRP |
|---|---|---|
| 2004 CHEVROLET SILVERADO 2500 LS HD TBO | EXT CAB PKP 6.6L 8 Cyl Diesel 4WD | $38,664.00 |
| 2004 CHEVROLET SILVERADO 2500 LS | CREW CAB PKP 8 6 NORMAL GAS A 4WD | $34,800.00 |
| 2004 CHEVROLET SILVERADO 2500 LT HD | CREW CAB PKP 8 6 NORMAL GAS A 2WD | $36,915.00 |
| 2004 CHEVROLET SILVERADO 2500 LS HD | REG CAB PKP 8 6 NORMAL GAS A 2WD | $27,726.00 |
| 2004 CHEVROLET SILVERADO 2500 LT | CREW CAB PKP 8 6 NORMAL GAS A 4WD | $39,185.00 |
| 2004 CHEVROLET SILVERADO 2500 LT HD TBO | CREW CAB PKP 8 6.6 TURBO DIESEL A 4WD | $45,435.00 |

## Vehicle Valuation Methodology Explanation

WorkCenter Total Loss was built through a joint partnership between J.D. Power and Associates vehicle valuation division Power Information Network (P.I.N.) and Mitchell International, a leading provider of claims processing solutions to private passenger insurers.

WorkCenter Total Loss produces accurate and easy-to-understand vehicle valuations via this five step process:

### Step 1 - Locate Comparable Vehicles

Locate vehicles similar to the loss vehicle in the same market area. WorkCenter Total Loss finds these vehicles in AutoTrader.com, Cars.com, Vast.com and directly from dealerships.

### Step 2 - Adjust Comparable Vehicles

Make adjustments to the prices of the comparable vehicles. The comparable vehicles are identical to the loss vehicle except where adjustments are itemized. There are several types of comparable vehicle adjustments

- Projected Sold Adjustment - an adjustment to reflect consumer purchasing behavior (negotiating a different price than the listed price).
- Vehicle Configuration Adjustment - an adjustment for differences in configuration between the comparable vehicle and the loss vehicle (e.g differences in trim).
- Mileage Adjustment - an adjustment for differences in mileage between the comparable vehicle and the loss vehicle.
- Equipment - adjustments for differences in equipment between the comparable vehicle (e.g. equipment packages and options) and the loss vehicle.

### Step 3 - Calculate Base Vehicle Value

The base vehicle value is calculated by averaging the adjusted prices of the comparable vehicles.

### Step 4 - Calculate Loss Vehicle Adjustments

There are four types of loss vehicle adjustments:

- Condition Adjustment:

    Adjustments to account for the condition of the loss vehicle prior to the loss.

- Prior Damage Adjustment:

    Adjustments to account for any prior damage present on the loss vehicle prior to the loss.

- After Market Part Adjustment:

    Adjustments to account for any after market parts present on the loss vehicle prior to the loss.

- Refurbishment Adjustment:

    Adjustments to account for any refurbishment performed on the loss vehicle prior to the loss.

### Step 5 - Calculate the Market Value

The Market Value is calculated by applying the loss vehicle adjustments to the base value.