IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OKLAHOMA

| | | |
|---|---|---|
| 1. TIM HAMON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.  CIV-14-161-FHS |
| | ) | |
| 1. FARMERS INSURANCE COMPANY, INC., | ) ) | |
| 2. J.D. POWER AND ASSOCIATES, and | ) ) | |
| 3. MITCHELL INTERNATIONAL, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

COMES NOW the Plaintiff, Tim Hamon, and Defendant Farmers Insurance Company, Inc., and stipulate that the Plaintiff's claims against Farmers Insurance Company, Inc. are dismissed with prejudice to their refiling, with each party to bear its fees and costs.

Respectfully submitted,

WALLER LAW OFFICE

  s/Jonathan H. Waller
JONATHAN H. WALLER - ASB 0728-L53J
2001 Park Place, Suite 900
Birmingham, Alabama 35203
(205) 313-7330 Telephone
(205) 313-7331 (direct)
jwaller@waller-law.com

TAYLOR, RYAN, MINTON, VAN DALSEM & WILLIAMS, P.C.

  s/Ashley M. Bibb
ROBERT TAYLOR - OBA #8879
NEIL D. VAN DALSEM - OBA #16326
ASHLEY M. BIBB - OBA # 17465
1080 Boulder Towers
1437 South Boulder Avenue
Tulsa, Oklahoma 74119-3640
(918) 749-5566 Telephone
(918) 749-9531 Facsimile
rtaylor@trsvlaw.com
nvandalsem@trsvlaw.com
abibb@trsvlaw.com